**Order entered February 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01012-CV

## IN RE TONY LAMAR VANN, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07180**

## ORDER
Before Justices Pedersen, III, Carlyle, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and **DENY** the stay motion as moot.

/s/    CORY L. CARLYLE
         JUSTICE